UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LOZANO,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Case No. 17-cv-03416-NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Paul Lozano filed a civil action against defendants JPMorgan Chase Bank, N.A. and Quality Loan Service Corporation, in the Superior Court of California, County of Santa Clara. Dkt. No. 1-1. JPMorgan removed the action to federal court. Dkt. No. 1. On June 20, 2017, JPMorgan moved to dismiss Lozano's complaint for failure to state a claim under FRCP 12(b)(6). Dkt. No. 6. Lozano's response was due July 5, 2017, but he has not filed a response or taken any further action in the case. Lozano also has not consented to or declined the jurisdiction of a magistrate judge. *See* Civ. L.R. 73.

Thus, the Court ORDERS Lozano to show cause why the action should not be dismissed for failure to prosecute. Lozano must respond to this order within 14 days, by August 21, 2017, indicating his intent to prosecute his claims, and consenting to or declining the jurisdiction of a magistrate judge.

**IT IS SO ORDERED.**

Dated: August 7, 2017

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| PAUL LOZANO,<br>　　　　Plaintiff,<br>　　v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>　　　　Defendants. | Case No. 17-cv-03416-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elias Portales
EFP Law Group
37200 Paseo Padre Parkway, #253
Fremont, CA 94536

Dated: August 7, 2017

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Lili Harrell, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable NATHANAEL M. COUSINS